## FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court<br>*NORTHERN* District of *ILLINOIS* | VOLUNTARY<br>PETITION |
|---|---|

| Name of debtor - if individual, enter Last, First, Middle)<br>*Brown, Jacqueline* | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
|---|---|
| OTHER NAMES used by the debtor in the last six years<br>*Jacqueline Walker* | ALL OTHER NAMES used by the joint debtor in the last six years |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>*XXX-XX-0527* | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>*4822 Bayview Drive*<br>*Richton Park, Illinois 60471*<br>*Phone:* 708/747-4309   Work: 708/331-3333 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Principal Place of Business |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>*SAME* | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from above)<br>*NOT APPLICABLE* | VENUE<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| DEBTOR (Check one box)<br>☐ Individual<br>☐ Joint (Husband and Wife)<br>☐ Partnership<br>☐ Other<br><br>TYPE OF DEBT (Check one box)<br>☐ Non-Business/Consumer   ☐ Business-Complete A & B below<br><br>NATURE OF BUSINESS (Check one box)<br>☐ Farming<br>☐ Professional<br>☐ Retail/Wholesale<br>☐ Transportation<br>☐ Manufacturing/ Mining<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Construction<br>☐ Real Estate<br>☐ Other Business<br><br>BRIEFLY DESCRIBE NATURE OF BUSINESS | CHAPTER or SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED<br>☐ Chapter 7   ☐ Chapter 11   ☒ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12   ☐ Sec. 304-Case Ancillary to Foreign Proceeding<br><br>SMALL BUSINESS (Ch. 11 only)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101.<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)<br><br>FILING FEE (Check one box)<br>☐ Filing fee attached.<br>☒ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.<br><br>NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>*Eaton & Associates*<br>*8800 South Cottage Grove*<br>*Chicago, IL 60619*<br>Telephone No. *(773) 224-1264*<br><br>NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR<br>Atty. Jacqueline Eaton-Thomas |
|---|---|

| STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)(Estimates only) (Check applicable<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | U.S. Bankruptcy Court<br>Northern District Of Illinois<br>Filed: 02/03/2004<br>Time: 14:25:17<br>Debtor: JACQUELINE BROWN<br>Case: 04-03982   Fee : 50<br>Chapter: 13 Rec. # : 3059859<br>Judge: Jack Schmetterer<br>341 mtg: 03/10/2004 @ 03:00PM<br>ConfHrg: 03/24/2004 @ 12:30PM<br>Trustee: TOM VAUGHN |
|---|---|

ESTIMATED NUMBER OF CREDITORS

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED ASSETS (In thousands of dollars)

| 0-50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,00 |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED LIABILITIES (In thousands of dollars)

| 0-50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,00 |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED NUMBER OF EMPLOYEES - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED NUMBER OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

1:04BK03982-BK001

Debtor *Jacqueline Brown* _____ / Debtor   Case No. _____

## FILING OF PLAN

Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ Copy of debtor's proposed plan dated _____ attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| LOCATION WHERE FILED | CASE NUMBER | DATE FILED |
|---|---|---|
| *Northern Dist. of IL* | 02B25550 | *July 2, 2002* |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| DEBTOR | CASE NUMBER | DATE |
|---|---|---|
| RELATIONSHIP | DISTRICT | JUDGE |

### REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

*Jacqueline Eaton*   January 28, 2004
Date

### INDIVIDUAL / JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and

X *Jacqueline Brown*
Signature of Debtor *Jacqueline Brown*

January 28, 2004

Signature of Joint Debtor

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

_____
Date

If debtor is a corporation filing under chapter 11,
Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under such chapter, and choose to proceed under chapter 7 of such title. If I am represented by an attorney, Exhibit B has been completed.

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtors with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under such chapter.

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:

Social Security Number:

Address:

Tel. No.

Other individuals who prepared or assisted in preparing this document:
(Also see the attached signed sheets conforming to appropriate Official Forms.)

X _____
Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT of ILLINOIS
## EASTERN DIVISION

*Jacqueline Brown*

Case No.
Chapter   *13*

_____ / Debtor

Attorney for Debtor:

# STATEMENT PURSUANT TO RULE 2016(B)

undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

The undersigned is the attorney for the debtor(s) in this case.

The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

a) For legal services rendered or to be rendered in contemplation of and in connection with this case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ *1,550.00*

b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . . . .$ *0.00*

c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ *1,550.00*

$ *30.00* of the filing fee in this case has been paid.

The Services rendered or to be rendered include the following:

a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

c) Representation of the debtor(s) at the meeting of creditors.

The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
*None other*

The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
*None other*

The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
*None*

The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
*None*

*January 27, 2004*          Respectfully submitted,

Attorney for Petitioner: _____

*Eaton & Associates*
*8800 South Cottage Grove*
*Chicago, IL 60619*

FORM B6A (6/90)

In re _Jacqueline Brown_ _____ / Debtor  Case No. _____

(If known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H,""W,""J," or "C"in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband H Wife W Joint J Community C | Current Market Value of Debtor's Interest, in Property without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2nd Mortgage on Home | | | $ 58,000 | $ 58,000 |
| 4822 Bayview Drive-Richton Park | | | $ 245,000 | $ 166,274 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| _NO_ continuation sheets attached | | TOTAL $ (Report also on Summary of Schedules.) | 303,000 | |

F-FORM B6B (6/90) Specialty Software, Royal Oak, MI

In re *Jacqueline Brown* _____ / Debtor     Case No. _____

(If known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband H / Wife W / Joint J / Community C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on hand* | | $ 11 |
| 2. Checking, savings, or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Deposits of money with banks* | | $ 240 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit with Store Landlord* | | $ 750 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods and furnishings* | | $ 1,600 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Wearing apparel* | | $ 300 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Interests in insurance policies* | | $ 10,000 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |

FORM B6B (6/90) Specialty Software—Perryburg, MI

In re _Jacqueline Brown_ _____ / Debtor     Case No. _____ _____

(If known)

# SCHEDULE B-PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | | Husband — H   Wife - W   Joint — J   Community — C |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 23. Automobiles, trucks, trailers and other vehicles. | X | | |
| 24. Boats, motors, and accessories. | X | | |
| 25. Aircraft and accessories. | X | | |
| 26. Office equipment, furnishings, and supplies. | X | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | |
| 28. Inventory. | X | | |
| 29. Animals. | X | | |
| 30. Crops - growing or harvested. Give particulars. | X | | |
| 31. Farming equipment and implements. | X | | |
| 32. Farm supplies, chemicals, and feed. | X | | |
| 33. Other personal property of any kind not already listed. Itemize. | | _Arrearage & Atty. Fees on 1st Mort._ | $ 16,000 |
| | | _Arrearage on 2nd Mortgage_ | $ 6,000 |
| | | Total → | $ 34,901 |

Page _2_ of _2_

(Report total also on Summary of Schedules)

FORM B6C (6/90) Specialty Software, Royal Oak, MI

In re _Jacqueline Brown_____ / Debtor     Case No. __ _____

# SCHEDULE C-PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| 2nd Mortgage on Home | 735 ILCS 5/12-901 | $ 0 | $ 58,000 |
| 4822 Bayview Drive-Richton Park | 735 ILCS 5/12-901 | $ 0 | $ 245,000 |
| Cash on hand | 735 ILCS 5/12-1001(b) | $ 11 | $ 11 |
| Deposits of money with banks | 735 ILCS 5/12-1001(b) | $ 240 | $ 240 |
| Household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 1,600 | $ 1,600 |
| Wearing apparel | 735 ILCS 5/12-1001(a) | $ 300 | $ 300 |
| Interests in insurance policies | 735 ILCS 5/12-1001(f) | $ 10,000 | $ 10,000 |

FORM B6D (6/90) Property Software, Novi, Oak, MI

In re _Jacqueline Brown_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H W J C | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| Account No. _6904805634_<br>_Creditor #: 1_<br>_Conseco_<br>_7360 S. Kyrene Road_<br>_Tempe, AZ 85283_ | | | _2nd Mortgage_<br>_2nd Mortgage on Home_<br><br>Value: $ 58,000.00 | | | | $ 58,000.00 | $ 0.00 |
| Account No. _69048055634_<br>_Creditor #: 2_<br>_Conseco_<br>_7360 S. Kyrene Road_<br>_Tempe, AZ 85283_ | | | _2002_<br>_Arrearage on 3rd Mortgage_<br>_Arrearage on 2nd Mortgage_<br><br>Value: $ 6,000.00 | | | | $ 6,000.00 | $ 887.98 |
| Account No.<br>_Creditor #: 3_<br>_Conseco_<br>_7360 Kyrenne Road_<br>_Tempte, AZ 85283_ | | | _Mortgage_<br>_Arrearage on 2nd Mortgage_<br><br>Value: $ 6,000.00 | | | | $ 887.98 | $ 0.00 |
| Account No. _02CH11005_<br>_Creditor #: 4_<br>_Washington Mutual Home Loan_<br>_P.O. Box 3139_<br>_Milwaukee, Wisconsin  53201_ | | | _Mortgage_<br>_Arrearage & Atty. Fees on 1st Mort._<br><br>Value: $ 16,000.00 | | | | $ 16,000.00 | $ 0.00 |
| Account No.<br>_Representing:_<br>_Washington Mutual Home Loan_ | | | _Heaver, Handegan, Scott, et al_<br>_P.O. Box 740_<br>_111 East Main Street_<br>_Suite 200_<br>Value: | | | | | |

___1___ continuation sheets attached

Subtotal $
(Total of this page)

80,887.98

Total $
(Use only on last page and on Summary of Schedules)

FORM B6D (6/90) Specialty Software, Royal Oak, MI

In re _Jacqueline Brown_____ / Debtor      Case No. _____
                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|
| | | H Husband<br>W Wife<br>J Joint<br>C Community | | | | | | |
| Account No.<br>Creditor #: 5<br>Washington Mutual Home Loans<br>9451 Corbin Avenue<br>NO 10204<br>NOrthridge, CA 91324 | | Mortgage<br>4822 Bayview Drive-Richton Park<br><br>Value: $ 245,000.00 | | | | | $166,274.00 | $ 0.00 |
| Account No.<br>Representing:<br>Washington Mutual Home Loans | | Heavner, Handegan, Scott, etal<br>P.O. Box 740<br>111 East Main Street-Suite 200<br>Decatur, Illinois 62525<br>Value: | | | | | | |
| Account No.<br> | | Value: | | | | | | |
| Account No.<br> | | Value: | | | | | | |
| Account No.<br> | | Value: | | | | | | |
| Account No.<br> | | Value: | | | | | | |
| Account No.<br> | | Value: | | | | | | |

Sheet No ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)    166,274.00

Total $ (Use only on last page and on Summary of Schedules)    247,161.98

In re _Jacqueline Brown_ _____ / Debtor    Case No. _____    _____
(If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS

☐    Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐    Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐    Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    Certain farmers and fishermen
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐    Deposits by individuals
Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐    Alimony, Maintenance or Support
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7)

☐    Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    Commitments to Maintain the Capital of an Insured Depository Institution
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_No_____ continuation sheets attached

FORM B6F (6/90) Specialty Software - Wayne Oak, MI

In re _Jacqueline Brown_ _____ / Debtor      Case No. _____  _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H W J C  Husband Wife Joint Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  4266 8499 6166-0751 | | | | | | | $ 5,000.00 |
| Creditor #: 1<br>Bank One<br>First USA Bank, N.A.<br>P.O. Box 15548<br>Wilminigton, DE 19886-5548 | | | 1998-02<br>Credit card purchases | | | | |
| Account No.  4791-2418-8026-5462 | | | | | | | $ 748.12 |
| Creditor #: 2<br>Capital One VISA<br>P.O. Box 34631<br>Seattle, WA 98124-1631 | | | 2001-02<br>Credit card purchases | | | | |
| Account No.  585-610-958-1 | | | | | | | $ 1,704.15 |
| Creditor #: 3<br>Citi Cards (Amoco)<br>P.O. Box 9014<br>Des Moines, Iowa 50368--9014 | | | Credit card purchases | | | | |
| Account No.  510-647-977 | | | | | | | $ 904.16 |
| Creditor #: 4<br>Citi Cards (Shell)<br>P.O. Box 790070<br>Houston, Texas 77279-0070 | | | 2002<br>Credit card purchases | | | | |
| Account No.  0221064008 | | | | | | | $ 688.03 |
| Creditor #: 5<br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668 | | | 2002<br>Utility bills | | | | |

___ 2  continuation sheets attached

Subtotal $
(Total of this page)                    $ 9,044.46

Total $
(Use only on last page and on Summary of Schedules)

FORM B6F (6/90) Bankruptcy Software © MyEklak, MJ

In re _Jacqueline Brown_ _____ / Debtor     Case No. _____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. _4403 2311 1824 0320_<br>Creditor #: 6<br>Conseco Visa<br>Cardholder Service<br>P.O. Box 6153<br>Rapid City, SD 57709 | | 2000-02<br>Credit card purchases | | | | $ 1,004.26 |
| Account No. _5458 0001 1492 3069_<br>Creditor #: 7<br>Direct Merchants Bank<br>Payment Center<br>P.O. Box 17036<br>Baltimore, MD 21297-0448 | | 2000-02<br>Credit card purchases | | | | $ 6,279.48 |
| Account No. _15866069_<br>Creditor #: 8<br>Education Direct<br>925 Oak Street<br>Scranton, PA 18515-0001 | | 1999-02<br>Tuition | | | | $ 3,700.00 |
| Account No. _5421 1600 1000 650_<br>Creditor #: 9<br>First Consumers National Bank<br>VISA<br>P.O. Box 5280<br>Portrland, OR 97208 | | 2001-02<br>Credit card purchases | | | | $ 1,509.99 |
| Account No. _4266 8499 6166 0751_<br>Creditor #: 10<br>First USA Bank, NA<br>P.O. Box 50882<br>Henderson, NV 89016-0882 | | 2000-01<br>Credit card purchases | | | | $ 6,337.70 |
| Account No. _6012 5001 9017 9004_<br>Creditor #: 11<br>Menards<br>Conseco Finance<br>Department 0009<br>Falatine, IL 60055-0008 | | 2000-02<br>Credit card purchases | | | | $ 3,664.13 |
| Account No. _100-04045209129001_<br>Creditor #: 12<br>Mitsubishi Motors Credit<br>P.O. Box 0555<br>Carol Stream, IL 60132-0555 | | 2002<br>car loan (repoed) | | | | $ 15,000.00 |

Sheet no. ___1___ of ___2___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  
(Total of this page)          $ 37,495.56

Total $  
(Use only on last page and on Summary of Schedules)

In re _Jacqueline Brown_ _____ / Debtor    Case No. _____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H Husband W Wife J Joint C Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. _4-13-74-0771 6_ | | | | | | $ 403.87 |
| Creditor #: 13 _Nicor_ _P.O. Box 310_ _Aurora, IL 60507_ | | _2002_ _Utility bills_ | | | | |
| Account No. _4185-6110-00208457_ | | | | | | $ 13,050.97 |
| Creditor #: 14 _Providan VISA_ _Payment Processing_ _P.O. Box 660026_ _Dallas, Texas 75266-0026_ | | _Credit card purchases_ | | | | |
| Account No. _3723 Sauk Trail_ | | | | | | $ 1,500.00 |
| Creditor #: 15 _Robert & Sylvia Triumph_ _19690 Williamsburg Trail_ _Frankfort, IL 60423_ | | _2002_ _store front lease_ | | | | |
| Account No. _Beaverton, OR 97078_ | | | | | | $ 1,032.15 |
| Creditor #: 16 _Spiegel Charge_ _FCNB_ _Processing Center_ _9310 SW Gemini Drive_ | | _2000-02_ _Credit card purchases_ | | | | |
| Account No. _4266-8499-6166-0751_ | | | | | | $ 1,763.76 |
| Creditor #: 17 _TravelPlus_ _First USA Bank_ _P.O. Box 500882_ _Henderson, NV 89016--0882_ | | _Credit card purchases_ | | | | |
| Account No. _5410-1893--00637364_ | | | | | | $ 4,511.83 |
| Creditor #: 18 _Wells Fargo Financial Bank_ _P.O. Box 5058_ _Sioux Falls, SD 57117-5058_ | | _2001-02_ _Credit card purchases_ | | | | |
| Account No. | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | $ 22,262.58 |
| Total $ (Use only on last page and on Summary of Schedules) | $ 68,802.60 |

FORM B6G (6/90) Specialty Software - Highland Park, IL

In re _Jacqueline Brown_ _____ / Debtor    Case No. _____ _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Robert & Sylvia Triumph_<br>_10690 Williamsburg Trail_<br>_Frankfort, IL 60423_ | Contract type: _Non-residential lease * *_<br>Terms: _$750 per month_<br>Beginning date: _11/01/01_<br>Debtor's Interest: _Lessor_<br>Description: _Store Front for Candy Store_<br>_:"The Yum Yum Shoppe"_ |
| _Volkswagon Credit_<br>_P.O. Box 7498_<br>_Libertyville, IL 60048_ | Contract type: _Vehicle lease_<br>Terms: _498.86_<br>Beginning date: _May 1999_<br>Debtor's Interest: _Lessor_<br>Description: _1999 Volkswagon Passatt_ |

FORM B6H (6/90) Bankruptcy Software, Hope Park, MI

In re _Jacqueline Brown_ _____ / Debtor    Case No _____ _____
                                                                            (If known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re *Jacqueline Brown* _____ / Debtor     Case No. _____

(If known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| *Married* | NAMES | AGE | RELATIONSHIP |
| | *Jacqueline Walker* | *50* | *Debtor/Self* |
| | *Stuart Walker* | *42* | *Husband* |
| | *Charmaine Brown* | *26* | *Daughter* |
| | *Joel Head* | *7* | *Nephew (twin)* |
| | *Jewel Head* | *7* | *Nephew (twin)* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Project Coordinator* | |
| Name of Employer | *Techno-graphics & Translations* | |
| How Long Employed | *Two Years* | |
| Address of Employer | *1451 East 168th Street* *South Holland, IL 60473* | |

| Income: (Estimate of average monthly income) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | *2,967.99* | $ | *3,616.00* |
| Estimated Monthly Overtime | $ | *0.00* | $ | *0.00* |
| SUBTOTAL | $ | *2,967.99* | $ | *3,616.00* |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | *588.16* | $ | *772.28* |
| b. Insurance | $ | *162.50* | $ | *0.00* |
| c. Union Dues | $ | *0.00* | $ | *0.00* |
| d. Other (Specify) | $ | *0.00* | $ | *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *750.66* | $ | *772.28* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | *2,217.32* | $ | *2,843.72* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| Income from Real Property | $ | *0.00* | $ | *0.00* |
| Interest and dividends | $ | *0.00* | $ | *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| Social Security or other government assistance Specify: | $ | *0.00* | $ | *0.00* |
| Pension or retirement income | $ | *0.00* | $ | *0.00* |
| Other monthly income Specify: *Effective 10/01/02 Foster Care for Twin Nephews* | $ | *576.00* | $ | *0.00* |
| TOTAL MONTHLY INCOME | $ | *2,793.32* | $ | *2,843.72* |

TOTAL COMBINED MONTHLY INCOME    $    *5,637.04*
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re _Jacqueline Brown_ _____/ Debtor    Case No. _____
                                                                                                (If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,836.68 |
| Are real estate taxes included?    Yes ☐    No ☒ | | |
| Is property insurance included?    Yes ☐    No ☒ | | |
| Utilities:  Electricity and heating fuel | $ | 275.00 |
|            Water and sewer | $ | 55.00 |
|            Telephone | $ | 88.00 |
|            Other  _2nd Mortgage_ | $ | 730.49 |
|            Other  _3rd Mortgage_ | $ | 309.00 |
|            Other  _Cable_ | $ | 66.00 |
| Home maintenance (repairs and upkeep) | $ | 75.00 |
| Food | $ | 465.00 |
| Clothing | $ | 45.00 |
| Laundry and Dry cleaning | $ | 36.00 |
| Medical and Dental expenses | $ | 35.00 |
| Transportation (not including car payments) | $ | 220.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's | $ | 0.00 |
|            Life | $ | 85.00 |
|            Health | $ | 0.00 |
|            Auto | $ | 175.50 |
|            Other: | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|            Auto | $ | 0.00 |
|            Other: _Auto Lease_ | $ | 498.00 |
|            Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 5,024.67 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 5,637.04 |
| B. Total projected monthly expenses | $ | 5,024.67 |
| C. Excess Income (A minus B) | $ | 612.37 |
| D. Total amount to be paid into plan each:  _Monthly_ | $ | 612.37 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Jacqueline Brown*

Case No.

Chapter    *13*

_____ / Debtor

Attorney for Debtor:

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

1. **Income from employment or operation of business.**
   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE (if more than one)

*Husband*

*Year to date:$23000*

   *Last year:$50,000.*

*Year before:20,000*

_____

*Wife*

*Year to date:$17807.*

   *Last year:$30,000*

QUESTION 1 CONTINUED . . .

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Year before:* 0 | |

**2. Income other than from employment or operation of business.**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**3a. Payments to creditors.**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**3b.** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4a. Suits and administrative proceedings, executions, garnishments and attachments.**

List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE of Repossession, Foreclosure, Sale, Transfer or Return | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name: *Washington Mutual* *PO Box 3139* Address: *Milwaukee, Wisconsin 53201* | | Description: *Foreclosure Process for Home* *Stayed by filing Chapter 13* |

**6a. Assignments and receiverships.**

Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

PAYEE: JACQUELINE EATON-THOMAS  
8800 S. COTTAGE GROVE  
CHICAGO, IL 60619  

DATE OF PAYMENT 01/27/04  DESCRIPTION FILING FEE.  
PAYOR: JACQUELINE BROWN

---

**10. Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

---

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

**15. Prior address of debtor.**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

Statement of Affairs -- Page  3

Form 7 (12/94) Specialty Software Systems, Northbrook, MI

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)

### 16. Nature, location and name of business

a.  If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b.  If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c.  If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

[X] NONE

---

### 17a.  Books, records and financial statements

List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

[X] NONE

---

17b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

[X] NONE

---

17c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

[X] NONE

---

17d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

[X] NONE

---

### 18a.  Inventories

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

[X] NONE

---

18b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

[X] NONE

---

### 19a.  Current Partners, Officers, Directors and Shareholders

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X] NONE

---

19b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

[X] NONE

Form 7 (12/93)

**20a. Former partners, officers, directors and shareholders.**
If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☒ NONE

**20b.** If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

☒ NONE

**21. Withdrawals from a partnership or distribution by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during **one year** immediately preceding the commencement of this case.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  01-27-04          Signature  *Jacqueline Brown*
                                   Jacqueline Brown

Date _____          Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §152 and §3571.

Bank One
4266 8499 6166-0751
First USA Bank, N.A.
P.O. Box 15548
Wilminigton, DE 19886-5548


Capital One VISA
4791-2418-8026-5462
P.O. Box 34631
Seattle, WA 98124-1631


Citi Cards (Amoco)
585-610-958-1
P.O. Box 9014
Des Moines, Iowa 50368--9014


Citi Cards (Shell)
510-647-977
P.O. Box 790070
Houston, Texas 77279-0070


Commonwealth Edison
0221064008
Bill Payment Center
Chicago, IL 60668


Conseco Visa
4403 2311 1824 0320
Cardholder Service
P.O. Box 6153
Rapid City, SD 57709


Conseco
7360 Kyrenne Road
Tempte, AZ 85283


Conseco
69048055634
7360 S. Kyrene Road
Tempe, AZ 85283


Conseco
6904805634
7360 S. Kyrene Road
Tempe, AZ 85283

Direct Merchants Bank
5458 0001 1492 3069
Payment Center
P.O. Box 17036
Baltimore, MD 21297-0448


Education Direct
15866069
925 Oak Street
Scranton, PA 18515-0001


First Consumers National Bank
5421 1600 1000 650
VISA
P.O. Box 5280
Portrland, OR 97208


First USA Bank, NA
4266 8499 6166 0751
P.O. Box 50882
Henderson, NV 89016-0882


Heaver, Handegan, Scott, et al
P.O. Box 740
111 East Main Street
Suite 200


Heavner, Handegan, Scott, etal
P.O. Box 740
111 East Main Street-Suite 200
Decatur, Illinois 62525


Menards
6012 5001 9017 9004
Conseco Finance
Department 0009
Palatine, IL 60055-0008


Mitsubishi Motors Credit
100-04045209129001
P.O. Box 0555
Carol Stream, IL 60132-0555

Nicor
4-13-74-0771 6
P.O. Box 310
Aurora, IL 60507


Providan VISA
4185-61100-00208457
Payment Processing
P.O. Box 660026
Dallas, Texas 75266-0026


Robert & Sylvia Triumph
3723 Sauk Trail
10690 Williamsburg Trail
Frankfort, IL  60423


Spiegel Charge
Beaverton, OR 97078
FCNB
Processing Center
9310 SW Gemini Drive


TravelPlus
4266-8499-6166-0751
First USA Bank
P.O. Box 500882
Henderson, NV 89016--0882


Volkswagon Credit
P.O. Box 7498
Libertyville, IL 60048


Washington Mutual Home Loan
02CH11005
P.O. Box 3139
Milwaukee, Wisconsin  53201


Washington Mutual Home Loans
9451 Corbin Avenue
NO 10204
NOrthridge, CA 91324

```
Wells Fargo Financial Bank
5410-1893--00637364
P.O. Box 5058
Sioux Falls, SD 57117-5058
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT of ILLINOIS
## EASTERN DIVISION

In re *Jacqueline Brown*

Case No.
Chapter   *13*

_____   __   _____ / Debtor
Attorney for Debtor:

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: __01-27-04__

_Jacqueline Brown_
Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT of ILLINOIS
### EASTERN DIVISION

In re *Jacqueline Brown*

Case No.
Chapter    13

_____ / Debtor

Attorney for Debtor:

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedule D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 303,000.00 | | |
| B-Personal Property | Yes | 2 | $ 34,901.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 247,161.98 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 68,802.60 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 5,637.04 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 5,024.67 |
| Total Number of Sheets in All Schedules ▸ | | 14 | | | |
| Total Assets ▸ | | | $ 337,901.00 | | |
| Total Liabilities ▸ | | | | $ 315,964.58 | |

FORM B6 (6/90) Specialty Software Royal Oak, MI

In re  _Jacqueline Brown_ _____ / Debtor    Case No. _____
                                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of ___15___ sheets, and that they are true and correct to the best of my knowledge, information and belief.                (Total shown on summary page plus 1)

Date: **01-27-04** _____    Signature _Jacqueline Brown_ _____
                                                      _Jacqueline Brown_

Date: _____    Signature _____

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §152 and §3571.