```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 03982
    JACQUELINE BROWN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0527


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/03/2004 and was confirmed 05/05/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was converted to chapter 7 after confirmation 07/24/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
GREEN TREE SERVICING LLC  CURRENT MORTG        .00             .00           .00
GREEN TREE SERVICING LLC  SECURED NOT I        .00             .00           .00
GREEN TREE SERVICING LLC  MORTGAGE ARRE    2016.97             .00       2016.97
GMAC MORTGAGE CORP        MORTGAGE ARRE   14834.61             .00      14834.61
WASHINGTON MUTUAL BANK    NOTICE ONLY     NOT FILED            .00           .00
GMAC MORTGAGE CORP        CURRENT MORTG        .00             .00           .00
WASHINGTON MUTUAL BANK    NOTICE ONLY     NOT FILED            .00           .00
BANK ONE                  UNSECURED       NOT FILED            .00           .00
CAPITAL ONE BANK          UNSECURED         646.78             .00        192.47
RESURGENT CAPITAL SERVIC  UNSECURED        1758.85             .00        523.39
RESURGENT CAPITAL SERVIC  UNSECURED         904.16             .00        269.06
COMMONWEALTH EDISON       UNSECURED         673.92             .00        200.53
CONSECO FINANCE           UNSECURED       NOT FILED            .00           .00
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED            .00           .00
EDUCATION DIRECT          UNSECURED       NOT FILED            .00           .00
FIRST CONSUMERS NATIONAL  UNSECURED       NOT FILED            .00           .00
FIRST USA BANK NA         UNSECURED       NOT FILED            .00           .00
MENARDS                   UNSECURED       NOT FILED            .00           .00
MITSUBISI MOTORS CREDIT   UNSECURED       NOT FILED            .00           .00
NICOR GAS                 UNSECURED        1001.14             .00        297.90
PROVIDIAN                 UNSECURED       NOT FILED            .00           .00
ROBERT & SYLVIA TRIUMPH   UNSECURED       NOT FILED            .00           .00
SPIEGEL                   UNSECURED       NOT FILED            .00           .00
TRAVEL PLUS               UNSECURED       NOT FILED            .00           .00
ADDN MANAGEMENT           UNSECURED        5340.83             .00       1589.26
VW CREDIT                 SECURED NOT I        .00             .00           .00
GREEN TREE SERVICING LLC  CURRENT MORTG        .00             .00           .00
JACQUELINE EATON & ASSOC  ATTORNEY             .00             .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     1,450.00                      1,450.00
TOM VAUGHN                TRUSTEE                                       1,145.81
DEBTOR REFUND             REFUND                                             .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 03982 JACQUELINE BROWN
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 22,520.00

PRIORITY                                                .00
SECURED                                           16,851.58
UNSECURED                                          3,072.61
ADMINISTRATIVE                                     1,450.00
TRUSTEE COMPENSATION                               1,145.81
DEBTOR REFUND                                           .00
                        ---------------      ---------------
TOTALS                   22,520.00              22,520.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/16/07       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                            PAGE   2
         CASE NO. 04 B 03982 JACQUELINE BROWN